UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, | : |
| | : |
| Plaintiff, | :  Civil Action No: _____ |
| | : |
| -against- | : |
| | : |
| YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, SHERILYN SCULLY in her individual and official capacity, ANJANI JAIN in his individual and official capacity, WENDY TSUNG in her individual and official capacity, and K. GEERT ROUWENHORST in his individual and official capacity, | : |
| | : |
| Defendants. | : |

## MOTION TO PROCEED UNDER PSEUDONYM

The undersigned attorneys hereby move this Court to allow the Plaintiff in the above captioned action to proceed under the pseudonym John Doe for the reasons set forth in the attached Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Proceed Under Pseudonym and the Declaration of William B. Bilcheck Jr., Esq. in Support of Plaintiff's Motion to Proceed Under Pseudonym.

Dated: New York, NY
October 23, 2019

Respectfully submitted,
*Attorneys for the Plaintiff*

**NESENOFF & MILTENBERG LLP**

By: */s/ Andrew T. Miltenberg*
**Andrew T. Miltenberg, Esq.**
*(pro hac vice admission pending)*
**Stuart Bernstein, Esq.**
*(pro hac vice admission pending)*
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**

**WILLIAM B. BILCHECK JR. LAW OFFICES**

By: */s/ William B. Bilcheck Jr.*
**William B. Bilcheck Jr., Esq.**
**12 Brookside Road**
**Madison, Connecticut 06433**
**(203) 245-6252**
**madctatty@aol.com**

**(212) 736-4500**
**amiltenberg@nmllplaw.com**
**sbernstein@nmllplaw.com**

**Regina M. Federico, Esq.**
*(pro hac vice admission pending)*
**101 Federal Street, Nineteenth Floor**
**Boston, Massachusetts 02110**
**(617) 209-2188**
**rfederico@nmllplaw.com**