UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-01663-CSH |
| | : | |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL. | : | |
| | : | |
| Defendants | : | DECEMBER 23, 2019 |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick M. Noonan, as attorney for the defendants, Yale University, Yale University Board of Trustees, Sherilyn Scully, Anjani Jain, Wendy Tsung, and K. Geert Rouwenhorst.

                                                **THE DEFENDANTS,**

                                                **YALE UNIVERSITY,**
**YALE UNIVERSITY BOARD OF TRUSTEES, SHERILYN SCULLY, ANJANI JAIN, WENDY TSUNG, AND K. GEERT ROUWENHORST**

BY: /s/ Patrick M. Noonan  (#ct00189)
      Patrick M. Noonan
      Donahue, Durham & Noonan, P.C.
      741 Boston Post Road
      Guilford, CT 06437
      (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                            /s/
                                            Patrick M. Noonan