# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:19-cv-01663-CSH |
| | ) | |
| v. | ) | |
| | ) | |
| YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, SHERILYN SCULLY, in her individual and official capacity, ANJANI JAIN in his individual and official capacity, WENDY TSUNG in her individual and official capacity, and K GEERT ROUWENHORST in his individual and official capacity, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned, Andrew T. Miltenberg of Nesenoff & Miltenberg, LLP, has been retained to represent Plaintiff John Doe as his attorneys in the within action, and that we demand that you serve all papers upon us, and contact the undersigned with all information regarding the within action, at the address, telephone number, and email set forth below.

**Dated: New York, New York**
**December 26, 2019**

　　　　　　　　　　　　　　　　　　　　**NESENOFF & MILTENBERG, LLP**
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff John Doe*

　　　　　　　　　　　　　　　　　　　　By: */s/ Andrew T. Miltenberg*
　　　　　　　　　　　　　　　　　　　　　　Andrew T. Miltenberg, Esq. (phv07303)
　　　　　　　　　　　　　　　　　　　　　　363 Seventh Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 736-4500
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 736-2260
　　　　　　　　　　　　　　　　　　　　　　amiltenberg@nmllplaw.com

## **CERTIFICATION**

This is to certify that on this 26th day of December, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Andrew T. Miltenberg*
**Andrew T. Miltenberg, Esq.**
