IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN DOE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**YALE UNIVERSITY, YALE UNIVERSITY** )<br>**BOARD OF TRUSTEES, SHERILYN** )<br>**SCULLY, in her individual and official capacity,** )<br>**ANJANI JAIN in his individual and official** )<br>**capacity, WENDY TSUNG in her individual** )<br>**and official capacity, and K GEERT** )<br>**ROUWENHORST in his individual and official** )<br>**capacity,** )<br>)<br>**Defendants.** ) | **Civil No. 3:19-cv-01663-CSH** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned, Stuart Bernstein of Nesenoff & Miltenberg, LLP, has been retained to represent Plaintiff John Doe as his attorneys in the within action, and that we demand that you serve all papers upon us, and contact the undersigned with all information regarding the within action, at the address, telephone number, and email set forth below.

Dated: New York, New York
         December 26, 2019

                                              **NESENOFF & MILTENBERG, LLP**
                                              *Attorneys for Plaintiff John Doe*

                                              **By:** */s/ Stuart Bernstein*
                                                    Stuart Bernstein, Esq. (phv09426)
                                                    363 Seventh Avenue, 5th Floor
                                                    New York, New York 10001
                                                    Telephone: (212) 736-4500
                                                    Facsimile: (212) 736-2260
                                                    sbernstein@nmllplaw.com

## **CERTIFICATION**

This is to certify that on this 26th day of December, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ *Stuart Bernstein*
**Stuart Bernstein, Esq.**