UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br> v.<br><br>YALE UNIVERSITY, YALE UNIVERSITY BOARD OF TRUSTEES, SHERILYN SCULLY, in her individual and official capacity, ANJANI JAIN in his individual and official capacity, WENDY TSUNG in her individual and official capacity, and K GEERT ROUWENHORST in his individual and official capacity,<br><br>    Defendants. | Civil Action<br>3:19-cv-01663 (CSH)<br><br><br><br>**JANUARY 28, 2020** |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

  This case is respectfully referred to **Magistrate Judge Thomas O. Farrish** for the following purposes:

\___ All purposes except trial, unless the parties consent to trial before the magistrate judge

\___ A ruling on all pretrial motions except dispositive motions

\___ To supervise discovery and resolve discovery disputes

\___ A ruling on the following motions which are currently pending: Doc. \__
_____

_X_ A settlement conference

\___ A conference to discuss the following:
_____

\___ Other:_____

  It is **SO ORDERED.**
  Dated: New Haven, Connecticut
     January 28, 2020

                   _/s/ Charles S. Haight, Jr._
                   CHARLES S. HAIGHT, JR.

Senior United States District Judge