UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------x
                                                             :
JOHN DOE,                                                    :    Case No. 3:19-CV-01663 (CSH)
                                                             :
         Plaintiff,                                          :
                                                             :
         v.                                                  :
                                                             :
YALE UNIVERSITY et al.,                                      :
                                                             :
         Defendants.                                         :    June 17, 2020
-------------------------------------------------------------x
```

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

    Please enter the appearance of the undersigned as counsel to plaintiff JOHN DOE in the above-captioned civil case.

Dated: June 17, 2020

                                          Respectfully submitted,

                                          PLAINTIFF,
                                          JOHN DOE

                               By: /s/ *Robert M. Fleischer*
                                    Robert M. Fleischer (CT11960)
                                    Green & Sklarz LLC
                                    One Audubon Street, 3rd Floor
                                    New Haven, CT 06511
                                    (203) 285-8545 Office
                                    rfleischer@gs-lawfirm.com

                                      - his attorneys -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2020 I caused a copy of foregoing Appearance on behalf of Plaintiff John Doe to be filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                 /s/ *Robert M. Fleischer*
                                                                 Robert M. Fleischer (CT11960)