UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x
:
JOHN DOE,                          :    Case No. 3:19-CV-01663 (CSH)
:
      Plaintiff,             :
:
   v.                              :
:
YALE UNIVERSITY *et al.,*          :
:
      Defendants.            :    June 17, 2020
------------------------------------------------------------------x

## MOTION TO ADMIT SUSAN R. KAPLAN
## AS A VISITING ATTORNEY

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Susan R. Kaplan be permitted to practice as a visiting attorney to represent plaintiff John Doe (the "Plaintiff") in the above-captioned action. In support whereof, undersigned respectfully represents as follows:

1. Ms. Kaplan is principal of the law firm The Kaplan Law Office located at 30 Wall St., 8th Fl., New York, New York 10005.

2. Attached hereto as Exhibit "A" and incorporated herein by reference is a declaration, executed under penalty of perjury pursuant to 28 U.S.C. § 1746 by attorney Kaplan, setting forth the information required under D. Conn. L. Civ. R. 83.1(d)(1).

3. The undersigned will act as local counsel for Plaintiff in this proceeding, upon whom all papers may be served in addition to attorney Kaplan. The address to which all pleadings and communications may be sent is as follows:

{00172504.1 }

        Robert M. Fleischer
        Green & Sklarz, LLC
        One Audubon St., 3rd Fl.
        New Haven, CT 06511
        Tel: (203) 283-3369
        Email: rfleischer@gs-lawfirm.com

4.    The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

**WHEREFORE**, the undersigned respectfully requests that this Court admit Susan R. Kaplan to practice as a visiting attorney before this Court to represent the Plaintiff on all matters related to this action.

Dated: June 17, 2020

        THE PLAINTIFF,
        JOHN DOE

        By:   */s/ Robert M. Fleischer*
             Robert M. Fleischer (CT11960)
             Green & Sklarz LLC
             One Audubon St., 3rd Fl.
             New Haven, CT 06511
             Tel: (203) 285-8545
             Email: rfleischer@gs-lawfirm.com

        *Attorney for Plaintiff John Doe*

**CERTIFICATE OF SERVICE**

Undersigned hereby certifies that a copy of the foregoing Motion to Admit Susan R. Kaplan as a Visiting Attorney was filed electronically on June 17, 2020 via the Court's CM/ECF System. Notice of the filing will be sent by email to all parties by operation of the CM/ECF System or by mail to anyone unable to accept electronic filing. Parties may access the filing through the CM/ECF System.

                                                  */s/ Robert M. Fleischer*
                                          Robert M. Fleischer (CT11960)