# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DOE

        Plaintiff                                           No: 19-cv-01663

vs.

YALE UNIVERSITY

        Defendant                                     June 17, 2020

## DECLARATION IN SUPPORT OF ADMISSION OF SUSAN R. KAPLAN PRO HAC VICE

I, SUSAN R. KAPLAN, HEREBY DECLARE in support of my admission as a visiting attorney under penalty of perjury that the following is true and correct:

1. I am a principal of the law firm, The Kaplan Law Office, and trial counsel to the law firm of Robert M. Fleischer and Green & Sklarz, LLC, attorneys for plaintiff, JOHN DOE, in the above-captioned action, and I have knowledge of the facts in this affidavit which is submitted in support of the plaintiff's motion for my admission pro hac vice pursuant to Local Rule 83.1.

2. I am not a resident of the State of Connecticut, and I am not regularly engaged in business or professional activities in Connecticut. My residential address is 88 Wyckoff St., No. 4B, Brooklyn, NY 11201.

3. My business address is Susan Kaplan, Esq., 30 Wall St., 8th Fl., New York, NY 10005. My telephone number is 347.683.2505 and my email address is skaplan@lawkaplan.com. My office does not have a fax machine.

4. I am admitted to practice in the following jurisdictions:

    a. New York State Bar, Court of Admission: First Department since October 7, 1996;
    b. Unites States District Court, Eastern District of New York since November 17, 2003;
    c. United States District Court, Southern District of New York since November 17, 2003;
    d. United States District Court, Northern District of New York since April 27, 2020; and
    e. United States Court of Appeals for the Second Circuit since December 19, 2014.

My New York State Bar Registration Number is 277843 and my United States District Court Number is 1735.

My New York State Bar Registration Number is 277843 and my United States District Court Number is 1735.

5. My educational background is: Benj. N. Cardoza School of Law (Yeshiva University), JD, 1996; University of Houston, PhD, 1987; Temple University, BA, 1980.

6. Plaintiff desires that I participate, assist and speak pro hac vice as co-counsel in pre-trial, discovery and trial of this matter.

7. I am not presently, nor have I even been, subject to any disbarment or suspension proceedings. I have not been denied admission to the courts of any state or to any federal court since first becoming licensed to practice law.

8. I agree to be bound by the Rules of Court governing the State of Connecticut, including the Court Disciplinary Rules and all Local Rules and orders of the Court. Further, I will continue to be associated with local counsel throughout pre-trial, discovery and trial of the within cause of action. I recognize and will follow the Connecticut Customs of Practice in addition to those rules of the Court and agree to subject myself to the jurisdiction of the Court.

9. I have reviewed and am familiar with:

   a. The Federal Rules of Civil Procedure
   b. The Federal Rules of Criminal Procedure
   c. The Federal Rules of Evidence
   d. The Local Rules of Practice fir the United States District Court for the District of Connecticut, and
   e. The Connecticut Rules of Professional Conduct.

10. I understand that all pleadings, briefs and other papers filed with the Court must be signed by an attorney of record authorized to practice in the State of Connecticut and that said attorney shall be held responsible for such pleadings or filings and for the conduct of this cause and of the attorneys admitted herein.

11. I agree to be subject to the Orders of this Court and amendable to disciplinary action as though regularly admitted to practice in the District of Connecticut. I further agree to the appointment of Robert M. Fleischer and Green & Sklarz, LLC, New Haven, Conn., for service of all papers within the District of Connecticut. I further designate the District of Connecticut as the forum for resolution of any dispute arising out of this admission.

12. I will promptly notify this Court of any matter affecting my good standing as a member of the Bar of any other Court.

Executed On: June 17, 2020

_____
SUSAN R. KAPLAN