IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:19-cv-01663-CSH |
| ) | |
| v. ) | |
| ) | |
| YALE UNIVERSITY, YALE UNIVERSITY ) | |
| BOARD OF TRUSTEES, SHERILYN ) | |
| SCULLY, in her individual and official capacity, ) | |
| ANJANI JAIN in his individual and official ) | |
| capacity, WENDY TSUNG in her individual ) | |
| and official capacity, and K GEERT ) | |
| ROUWENHORST in his individual and official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

For the reasons set forth below, and pursuant to Local Rule 7(e) of the Local Rules of Civil Procedures for the United States District of Connecticut, Plaintiff respectfully requests that the Court enter an order allowing the withdrawal as Plaintiff's counsel the firm of Nesenoff & Miltenberg, LLP and undersigned counsel Andrew T. Miltenberg, Stuart Bernstein and Regina M. Federico, along with their local counsel William B. Bilcheck, Jr.

**MEMORANDUM IN SUPPORT OF MOTION**

Plaintiff John Doe has ended the attorney client relationship with present counsel, the firm of Nesenoff & Miltenberg, LLP, and undersigned counsel Andrew T. Miltenberg, Stuart Bernstein and Regina M. Federico, along with their local counsel William B. Bilcheck, Jr., and has retained Fleischer Law LLC to represent him in the above captioned matter. Robert M. Fleischer, Esq. and Susan R. Kaplan, Esq. of Fleisher Law LLC filed their appearances as

counsel of record on July 2, 2020 [Dkt No. 32-33]. Because this request comes directly from the Plaintiff, he is aware of and has been sent a copy of this motion.

For these reasons, Plaintiff John Doe respectfully requests that the Court enter an order allowing the undersigned and their local counsel to withdraw, having been substituted by Robert M. Fleischer, Esq. and Susan R. Kaplan, Esq. of Fleisher Law LLC as counsel for Plaintiff.

**Dated: New York, New York**
        **July 10, 2020**

                                    **NESENOFF & MILTENBERG, LLP**
                                    *Attorneys for Plaintiff John Doe*

                            By: */s/ Andrew T. Miltenberg*
                                    **Andrew T. Miltenberg, Esq. (phv07303)**
                                    **Stuart Bernstein, Esq. (phv09426)**
                                    **363 Seventh Avenue, 5th Floor**
                                    **New York, New York 10001**
                                    **Telephone: (212) 736-4500**
                                    **Facsimile: (212) 736-2260**
                                    amiltenberg@nmllplaw.com
                                    sbernstein@nmllplaw.com

                                    **Regina M. Federico, Esq. (phv10417)**
                                    **101 Federal Street, 19th Floor**
                                    **Boston, Massachusetts 02110**
                                    **Telephone: (617) 209-2188**
                                    **Facsimile: (212) 736-2260**
                                    rfederico@nmllplaw.com

## CERTIFICATION

This is to certify that on this 10th day of July, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                    */s/ Andrew T. Miltenberg*
                                    **Andrew T. Miltenberg, Esq.**