UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
: 
JOHN DOE,                              :     Case No. 3:19-CV-01663 (CSH)
:
    Plaintiff,                         :
:
    v.                                 :
:
YALE UNIVERSITY *et al.,*               :
:
    Defendants.                        :     July 24, 2020
---------------------------------------------------------------x

**MOTION ON CONSENT
FOR EXTENTION OF SCHEDULING ORDER**

Plaintiff John Doe ("Plaintiff"), by his undersigned counsel, respectfully moves pursuant to D. Conn. L. Civ. R. 7(b) for an extension of the Scheduling Order dated January 28, 2020 (ECF 23) by ninety (90) days.

Under the Scheduling Order, discovery responses are currently due on August 7, 2020. Plaintiff requests that the discovery response date be extended to November 5, 2020. The remainder of the Scheduling Order, which uses time intervals rather than prescribed dates, can conform to this proposed extended date without revision. Defendant, Yale University, consents to this request.

Good cause exists for the extension. The Court granted the *pro hac vice* petition for Plaintiff's now lead counsel, Susan Kaplan, on June 18, 2020 (ECF 34) and Plaintiff's prior attorney moved on July 10, 2020 to withdraw his appearance (ECF 35). Having only recently been retained by Plaintiff, the time extension will allow Plaintiff's counsel to fully absorb the facts and issues in the case and will allow Plaintiff to fully participate in discovery with new counsel.

{00177291.1 }

This is Plaintiff's first request for an extension of the Scheduling Order.

**WHEREFORE**, Plaintiff respectfully requests that that the Court enter an order: (1) granting this motion; (2) extending the discovery response date under the Scheduling Order by ninety (90) days to November 5, 2020; and (3) granting such other and further relief as the Court deems just and appropriate.

        THE PLAINTIFF,
        JOHN DOE

        By:  */s/ Susan Kaplan*
            Susan Kaplan (*pro hac vice*)
            The Kaplan Law Office
            30 Wall Street, 8th Floor
            New York, NY 10005
            Tel: (347) 683-2505
            Email: rfleischer@gs-lawfirm.com

        - and -

        By:  */s/ Robert M. Fleischer*
            Robert M. Fleischer (CT11960)
            Green & Sklarz LLC
            One Audubon St., 3rd Fl.
            New Haven, CT 06511
            Tel: (203) 285-8545
            Email: rfleischer@gs-lawfirm.com

        *Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that a copy of the foregoing Motion was filed electronically on July 24, 2020 via the Court's CM/ECF System. Notice of the filing will be sent by email to all parties by operation of the CM/ECF System or by mail to anyone unable to accept electronic filing. Parties may access the filing through the CM/ECF System.

                                                                   */s/ Robert M. Fleischer*
                                                                   Robert M. Fleischer (CT11960)

{00177291.1 }