UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-01663-CSH |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | MARCH 4, 2021 |

## DEFENDANT YALE UNIVERSITY'S MOTION TO QUASH SUBPOENA

On March 2, 2021, the plaintiff issued a subpoena to Yale University requesting the production of five categories of documents. Yale University hereby moves to quash the subpoena because the plaintiff has not provided the defendant with a reasonable time to comply, as required by Rule 45(d)(3)(A)(i). Substantively, the subpoena should be quashed because the requested information concerns confidential educational information related to other students who are not parties to this action. The requested information is protected from disclosure by the Family Educational Rights and Privacy Act and is irrelevant to the plaintiff's claims in this case. The accompanying memorandum of law supports this motion.

        THE DEFENDANT,
        YALE UNIVERSITY


        BY: /s/ Patrick M. Noonan  (#ct00189)
            PATRICK M. NOONAN – CT00189
            COLLEEN NOONAN DAVIS – CT27773
            DONAHUE, DURHAM & NOONAN, P.C.
            Concept Park
            741 Boston Post Road, Suite 306
            Guilford, CT  06437
            Telephone:  (203) 458-9168
            Fax:  (203) 458-4424
            Email:  pnoonan@ddnctlaw.com


## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


                                                          /s/
                                             Patrick M. Noonan