**Attachments:**        21-01-27 Subpoena to Yale to Produce Docs by 2-26-21.pdf

---

**From:** Pat Noonan
**Sent:** Wednesday, February 3, 2021 1:15 PM
**To:** ███████@yale.edu' ███████ @yale.edu>
**Subject:** ████ v. Yale University

Dear Ms. ████,
I am an attorney representing Yale University in this matter. Yale received a subpoena requesting that certain of your certain educational records be produced to Mr. ████'s legal counsel. A copy of that subpoenas is attached. Under the Family Education Records Privacy Act, 20 U.S.C. 1232g ("FERPA"), you have a right to object to the production of these confidential records. You also may waive that right. If you do object to the production of your records and wish me to make your objection known to the Court, I will do so. Additionally, you are also free to consult your own counsel and have him or her file a motion to quash on your behalf. I would appreciate it if you would let me know your preference. Please call me with any questions. Thank you for your cooperation.

Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

**Attachments:**      21-01-27 Subpoena to Yale to Produce Docs by 2-26-21.pdf; 21-01-28 Subpoena to Yale to Produce Docs by 2-3-21.pdf

---

**From:** Pat Noonan
**Sent:** Wednesday, February 3, 2021 1:10 PM
**To:** ███████@yale.edu' ███████@yale.edu>
**Subject:** ████ v. Yale University

Dear ████ ,

I am an attorney representing Yale University in this matter. Yale received two subpoenas requesting that certain of your certain educational records of yours be produced to Mr. ████'s legal counsel. Copies of those subpoenas are attached. Under the Family Education Records Privacy Act, 20 U.S.C. 1232g ("FERPA"), you have a right to object to the production of these confidential records. You also may waive that right. If you do object to the production of your records and wish me to make your objection known to the Court, I will do so. Additionally, you are also free to consult your own counsel and have him or her file a motion to quash on your behalf. I would appreciate it if you would let me know your preference. Please call me with any questions. Thank you for your cooperation.

Please be advised that I will be intermittently working from home. My cell phone number is 203-314-4562.

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203)457-5209(direct)
(203)314-4562(cell)
(203)458-9168(office)

1