UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-01663-CSH |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | NOVEMBER 15, 2021 |

**DEFENDANTS' SUBMISSION REGARDING COMPLETION OF DISCOVERY**

Pursuant to the Court's September 30, 2021 order, the parties made good faith efforts to agree on dates for completion of discovery, but were unable to do so. Accordingly, the defendants submit the following:

1. As of the present date, the parties have completed making all document requests and the Plaintiff has partially completed document production. The depositions of four witnesses have been taken, including one expert witness. Defendant deposed Plaintiff, and seeks to continue that deposition following Plaintiff's full compliance with outstanding document requests. Plaintiff plans to object to the Defendants taking a second session of the Plaintiff's deposition. Defendants propose May 15, 2022 as the date for completion of the plaintiff's deposition, so that they can obtain his tax information for tax year 2020, in light of his claim that his earning capacity has been diminished due to his expulsion.

2. The proposed deadline for Plaintiff to produce his 2020 tax returns is April 30, 2022, two weeks after the date for filing.

3. The Plaintiff has now agreed that he will supply the records related to his 2018 and 2019 tax filings no later than February 1, 2022. He has also agreed to produce all records from his two previous employers, Northwestern Mutual and Prudential Securities, no later than

February 1, 2022. After defense counsel has reviewed the employment records, Defendants may seek to depose a supervisor at each of the Plaintiff's prior employers, and Plaintiff's counsel has indicated that she is likely to seek to prevent such depositions from being taken.

4. Plaintiff has indicated that he intends to depose all witnesses he chooses to depose by February 28, 2022 and Defendants have no objection to that deadline.

5. It is not anticipated that the defendants will be creating or acquiring additional documents responsive to the Plaintiff's discovery requests; but if such documents are created or acquired, the defendants will produce them no later than February 15, 2022.

6. All ongoing medical records of Plaintiff's treating psychiatrist, Dr. Drake, will be produced through Dr. Drake's attorney.

>THE DEFENDANTS,
>YALE UNIVERSITY, YALE UNIVERSITY
>BOARD OF TRUSTEES, SHERILYN SCULLY,
>ANJANI JAIN, WENDY TSUNG, AND K. GEERT
>ROUWENHORST
>
>BY: /s/ Patrick M. Noonan  (#ct00189)
>PATRICK M. NOONAN – CT00189
>COLLEEN NOONAN DAVIS – CT27773
>DONAHUE, DURHAM & NOONAN, P.C.
>Concept Park
>741 Boston Post Road, Suite 306
>Guilford, CT  06437
>Telephone:  (203) 458-9168
>Fax:  (203) 458-4424
>Email:  pnoonan@ddnctlaw.com

2

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                 /s/
                                     Patrick M. Noonan