UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-01663-CSH |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | NOVEMBER 15, 2021 |

## PLAINTIFF'S SUBMISSION REGARDING COMPLETION OF DISCOVERY

Plaintiff John Doe, by his undersigned counsel, hereby represents as follows:

Pursuant to the Court's September 30, 2021 order (ECF 60), the parties attempted to submit jointly, but could not reach an agreement. Plaintiff seeks the Court's intervention in establishing the schedule for the completion of discovery.

Plaintiff, John Doe, represents the following regarding the completion of discovery in this action, what additional discovery is necessary and proposed schedule as follows:

1. As of the date of this submission, the parties have completed document discovery and the depositions of four witnesses, including one expert witness. Defendant deposed Plaintiff, and seeks to continue to depose Plaintiff by March 30, 2022.

2. The deadline for the parties to complete document discovery is February 1, 2022. With regard to Plaintiff's 2021 tax filings, he anticipates filing an extension on or before April 15, 2022. Therefore, he will provide Defendants documents sufficient to show his income for 2021 as well as the 2018, 2019 and 2020 tax filings by February 1, 2021.

3. Plaintiff intends to depose named defendants and other witnesses by February 28, 2022.

4. The completion of all discovery and depositions will be March 30, 2022.

5. To the extent that supplementary discovery is sought by either party, the parties will

confer and attempt to stipulate to such requests, or the party seeking the discovery will seek a court order.

6. It is not anticipated that the defendants will be creating or acquiring additional documents responsive to the plaintiff's discovery requests; but if such documents are created or acquired, the defendants will produce them within the deadline set forth above.

PLAINTIFF,
JOHN DOE

BY:   /s/ Susan Kaplan
Susan Kaplan (pro hac vice)
The Kaplan Law Office
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (347) 683-2505
Email: rfleischer@gs-lawfirm.com

BY:   /s/ Robert M. Fleischer
Robert M. Fleischer (CT11960)
Green & Sklarz LLC
One Audubon St., 3rd Fl.
New Haven, CT 06511
Tel: (203) 285-8545
Email: rfleischer@gs-lawfirm.com
