UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
                                                               :
JOHN DOE,                                                      :   Case No. 3:19-CV-01663 (CSH)
                                                               :
       Plaintiff,                                             :
                                                               :
       v.                                                     :
                                                               :
YALE UNIVERSITY *et al.*,                                      :
                                                               :
       Defendants.                                            :   June 3, 2022
---------------------------------------------------------------x

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff John Doe ("Plaintiff"), hereby moves, pursuant to Fed. R. Civ. P. 26(c), for entry of a protective order preventing defendants Yale University, Yale University Board of Trustees, Sherilyn Scully, Anjani Jain, Wendy Tsung and K. Geert Rouwenhourst (collectively the "Defendants") from taking the depositions of Plaintiff's former employers.[1] The bases for the relief herein requested are set forth in the accompanying memorandum of law ("Memorandum of Law").

As explained in more detail in the Memorandum of Law, in accordance with Fed. R. Civ. P. 26(c)(1), Plaintiff's counsel, undersigned, certify that they have in good faith conferred with Defendants' counsel in an effort to resolve the parties' dispute over Defendants' intent to depose Plaintiffs' former employers. *See* Memorandum of Law, p. 7.

**WHEREFORE**, Plaintiff respectfully requests that that the Court enter an order: (1) granting this motion; (2) prohibiting Defendants from deposing Plaintiff's former employers; and (3) granting such other and further relief as the Court deems just and appropriate.

---

[1] Plaintiff is not disclosing the identities of the former employers in this Motion and in the supporting memorandum of law as doing so might compromise the confidentiality of Plaintiff's identity. If requested by the Court, Plaintiff will disclose the identities of the former employers to the Court *in camera* or as the Court otherwise directs.
{00274562.1 }

THE PLAINTIFF,
JOHN DOE

By:    */s/ Susan Kaplan*
     Susan Kaplan (*pro hac vice*)
     The Kaplan Law Office
     30 Wall Street, 8th Floor
     New York, NY 10005
     Tel: (347) 683-2505
     Email: rfleischer@gs-lawfirm.com

- and –

By:    */s/ Robert M. Fleischer*
     Robert M. Fleischer (CT11960)
     Green & Sklarz LLC
     One Audubon St., 3rd Fl.
     New Haven, CT 06511
     Tel: (203) 285-8545
     Email: rfleischer@gs-lawfirm.com

*Attorneys for Plaintiff John Doe*