UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-01663-CSH |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | JUNE 23, 2022 |

**JOINT STATUS REPORT ON DISCOVERY**

Pursuant to the Court's order dated June 16, 2022, the parties hereby submit the following

joint status report regarding the remaining discovery in this matter.

**I.** **Agreed-upon Discovery**

The defendants will produce documents provided to incoming students during the 2018,

2019, and 2020 orientation in the MBA and EMBA programs on academic integrity/Honor Code.

The defendants will also produce documents provided to student representatives of the Honor

Committee in both programs to train them in their responsibilities as student representatives, if

any, by July 8, 2022.

Plaintiff agrees to provide all records from Dr. Drake for the period April 7, 2022 through

June 30, 2022 no later than July 8, 2022.

In order to comply with his continuing obligation to produce documents in discovery,

Plaintiff will provide to defense counsel all records not yet produced relating to the income earned

by the plaintiff and by Plaintiff's current business (the "Entity"), and all income projections

prepared by the Entity or the plaintiff as well as all documents relating to responses of Ameritas

to the projections produced by the plaintiff and the Entity for the period April 8, 2021 through July

1, 2022 maintained in the normal course of business, if any. Said documents will be provided no later than July 8, 2022.

The parties have agreed that the following witnesses will be deposed a second time:

1. Dean Jain, for no longer than 2.5 hours;

2. Dean Bach, for no longer than 2.5 hours

3. The plaintiff, for no longer than 3.5 hours;

4. Dr. Drake, for no longer than 2 hours. In the event that Dr. Drake seeks compensation for his time, such payment will be made by Defendants.[1]

The parties further agree that the following witnesses will be deposed the first time:

1. Dean Rouwenhorst

2. Dean Tsung

3. Dean Scully

4. From Pruco Securities, LLC: Stephanie Rivas and Salene Hitchcock Gear

5. From Northwestern Mutual Investment Services, LLC: Steven Abbass

6. From Ameritas Investment Company, LLC: Kurt Shallow and Jeff Graves

All depositions will be scheduled to be completed no later than July 31, 2022.

## II.    Discovery Requested as to which the Parties Cannot Agree

The defendants seek to take the deposition of plaintiff's business partner/live-in girlfriend. Plaintiff's counsel has indicated that she does not represent this non-party witness and has not spoken with her and does not know whether this witness is represented by counsel. Plaintiff's counsel, therefore, is unable to confirm whether the business partner/live-in girlfriend will agree

---

[1] Notwithstanding Prof. Bach, whose deposition is subject to a Notice of Deposition, Depositions of all non-party witnesses are subject to service of a subpoena issued by the party seeking to take such non-party deposition.

to be deposed. Plaintiff's counsel has reported that plaintiff explained to her that if a deposition is held, the business partner/live-in girlfriend, a native of Bulgaria, will need to have a Bulgarian interpreter for the deposition. Defendants seek to depose the business partner/live-in girlfriend in the same language she uses in the course of providing her financial services to customers of the Entity.

THE PLAINTIFF,
JOHN DOE

By: *Susan Kaplan*
     Susan Kaplan (*pro hac vice*)
     The Kaplan Law Office
     30 Wall Street, 8th Floor
     New York, NY 10005
     Tel: (347) 683-2505
     Email: rfleischer@gs-lawfirm.com

- and -

By: *Robert M. Fleischer*
     Robert M. Fleischer (CT11960)
     Green & Sklarz LLC
     One Audubon St., 3rd Fl.
     New Haven, CT 06511
     Tel: (203) 285-8545
     Email: rfleischer@gs-lawfirm.com

THE DEFENDANTS,
YALE UNIVERSITY, YALE UNIVERSITY
BOARD OF TRUSTEES, SHERILYN SCULLY,
ANJANI JAIN, WENDY TSUNG, AND K. GEERT
ROUWENHORST


By: _*Patrick M. Noonan*_
      PATRICK M. NOONAN – CT00189
      COLLEEN NOONAN DAVIS – CT27773
      DONAHUE, DURHAM & NOONAN, P.C.
      Concept Park
      741 Boston Post Road, Suite 306
      Guilford, CT  06437
      Telephone:  (203) 458-9168
      Fax:  (203) 458-4424
      Email:  pnoonan@ddnctlaw.com


## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


*Patrick M. Noonan*
Patrick M. Noonan

4