UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
JOHN DOE,                                : Case No. 3:19-CV-01663 (CSH)
:
      Plaintiff,            :
:
  v.                                    :
:
YALE UNIVERSITY *et al.,*                :
:
      Defendants.           : June 24, 2022
---------------------------------------------------------------x

**PLAINTIFF'S MOTION TO APPROVE REDACTIONS
TO DEPOSITION TRANSCRIPT FILED BY DEFENDANT**

Plaintiff John Doe ("Plaintiff" or "Doe"), hereby moves for entry of an Order approving and accepting redactions to the transcript of the deposition of Doe taken on September 8, 2021. In support of this motion and the Plaintiff's proposed transcript redactions, Doe submits the accompanying Memorandum of Law with proposed redacted transcript (the "Redacted Transcript") in accordance with the Court's (Spector, U.S.M.J.) Order of June 17, ,2022 (ECF 90).

By this motion, the Plaintiff is requesting that the Court review and approved Plaintiff's proposed redactions to the transcript that was filed under seal by Defendants counsel on June 14, 2022 (ECF 86) in connection with Defendants' opposition to Plaintiff's Motion for Protective Order (ECF 75, 76). On June 13, 2022, the Defendant had filed a motion to seal the transcript (ECF 83). On June 17, 2022, the Court (Spector, U.S.M.J.), entered an Order (ECF 90) wherein the Court noted, *inter alia*, that "[u]pon considering the defendants' request to seal the entire transcript of the plaintiff's deposition, the Court is concerned that the motion to seal is overly broad. Also in its June 17, 2022 Order, the Court indicated that it "may be amenable to granting a properly tailored motion to seal particular portions of the deposition transcript that raise

{00277464.2 }

confidentiality concerns, provided that: (1) it contains a particularized showing that redacting those portions is necessary for clear and compelling reasons, and (2) a redacted version is filed on the public docket.  In accordance with the Court's procedure set forth in the Court's June 17, 2022 Order, the Plaintiff is submitted the redacted deposition transcript together with a memorandum explaining the bases of the requested redactions.

     **WHEREFORE**, Plaintiff respectfully requests that that the Court (1) accept the Redacted transcript in place of the sealed version (ECF 86) and (2) enter such other and further relief as the Court deems just and proper.

THE PLAINTIFF,
JOHN DOE

By: */s/ Susan Kaplan*
Susan Kaplan (*pro hac vice*)
The Kaplan Law Office
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (347) 683-2505
Email: rfleischer@gs-lawfirm.com

- and -

By: */s/ Robert M. Fleischer*
Robert M. Fleischer (CT11960)
Green & Sklarz LLC
One Audubon St., 3rd Fl.
New Haven, CT 06511
Tel: (203) 285-8545
Email: rfleischer@gs-lawfirm.com

*Attorneys for Plaintiff John Doe*