UNITED STATES DISTRICT
COURT DISTRICT OF
CONNECTICUT

---------------------------------------------------------------x
                                                               :
JOHN DOE,                                                      : Case No. 3:19-CV-01663 (CSH)
                                                               :
       Plaintiff,                                              :
                                                               :
       v.                                                      :
                                                               :
YALE UNIVERSITY *et al.,*                                      :
                                                               :
       Defendants.                                             : June 27, 2022
---------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Please enter the appearance of Susan Kaplan as attorney for Plaintiff, John Doe.

                                     THE PLAINTIFF,

                                By:   */s/ Susan Kaplan*
                                        Susan Kaplan (*pro hac vice*)
                                        The Kaplan Law Office
                                        30 Wall Street, 8th Floor
                                        New York, NY 10005
                                        Telephone: (347) 683-2505
                                        E-mail: skaplan@lawkaplan.com

                                - AND-

                                By:   */s/ Robert M. Fleischer*
                                          Robert M. Fleischer (ct11960)
                                        Green & Sklarz LLC
                                        One Audubon Street, 3rd Floor
                                        New Haven, CT 06511
                                        Tel: (203) 285-8545
                                        Email: rfleischer@gs-lawfirm.com
                                        *Attorney for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

Undersigned hereby certifies that a copy of the foregoing Notice of Appearance was filed electronically on June 27, 2022 via the Court's CM/ECF System. Notice of the filing will be sent by email to all parties by operation of the CM/ECF System or by mail to anyone unable to accept electronic filing. Parties may access the filing through the CM/ECF System.

                                                              */s/ Robert M. Fleischer*
                                                             Robert M. Fleischer (CT11960)