UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-01663-CSH |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | JULY 8, 2022 |

## MOTION TO QUASH NOTICES OF DEPOSITION

The defendants hereby move to quash the depositions of Jacob Poe and a Yale University student because these depositions fall outside the parameters of the discovery already described in status reports filed pursuant to Judge Spector's orders in June, 2022. Mr. Poe is the business school professor from whom the plaintiff received assistance on the Think Piece submission which precipitated the plaintiff's expulsion from the EMBA program. The student was a member of the plaintiff's EMBA class. Significantly, plaintiff's counsel did not suggest in the multiple communications, both oral and written, between counsel regarding the discovery plan that she wanted to depose Mr. Poe and the EMBA student. Furthermore, these potential witnesses were not mentioned in the multiple reports filed with the Court regarding the remaining discovery that must be completed before the end of July. The first time defense counsel was notified of the desire to depose either witness was when deposition notices were issued on July 5, 2022. For the reasons stated in the accompanying memorandum of law, the notices of deposition should be quashed.

THE DEFENDANTS,
YALE UNIVERSITY, YALE UNIVERSITY
BOARD OF TRUSTEES, SHERILYN SCULLY,
ANJANI JAIN, WENDY TSUNG, AND K. GEERT
ROUWENHORST


BY: /s/ Patrick M. Noonan  (#ct00189)
PATRICK M. NOONAN – CT00189
COLLEEN NOONAN DAVIS – CT27773
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road, Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Fax:  (203) 458-4424
Email:  pnoonan@ddnctlaw.com


**CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


/s/
Patrick M. Noonan