# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
: 
JOHN DOE,                                   :   Case No. 3:19-CV-01663 (CSH)
:
     Plaintiff,                         :
:
     v.                                 :
:
YALE UNIVERSITY *et al.,*                   :
:
     Defendants.                        :   July 5, 2022
---------------------------------------------------------------x

## NOTICE OF DEPOSITION OF Jacob Poe

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b), the Plaintiff, John Doe (the "Plaintiff"), will take the deposition upon oral examination of Jacob Poe (the "Deponent") in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that the deposition will take place on **Thursday, July 21, 2022 at 2:00 p.m.**. by video conferencing service before a court reporter with Brandon Legal Tech (via Brandon Legal Tech Ring Central Platform), or other competent authority, said deposition to be recorded by stenographic means. Attendance at the deposition will be by virtual means, i.e., remote access. Instructions will be provided to attend (and participate fully) virtually, i.e., remote access, via a platform provided by Brandon Legal Tech prior to the deposition. All participants are to be present virtually, and to have (and use) a communications device that is compatible with said platform that provides for both audio, i.e., a microphone, and a video, i.e., a camera. The deposition will continue day to day thereafter until completed. You may attend and cross-examine in accordance with the Federal Rules of Civil Procedure.

{00279829.1 }

THE PLAINTIFF,

JOHN DOE

By:   */s/ Susan Kaplan*
    Susan Kaplan (*pro hac vice*)
    The Kaplan Law Office
    30 Wall Street, 8th Floor
    New York, NY 10005
    Tel: (347) 683-2505
    Email: rfleischer@gs-lawfirm.com


- and -


By:   */s/ Robert M. Fleischer*
    Robert M. Fleischer (CT11960)
    Green & Sklarz LLC
    One Audubon St., 3rd Fl.
    New Haven, CT 06511
    Tel: (203) 285-8545
    Email: rfleischer@gs-lawfirm.com


    *Attorneys for Plaintiff John Doe*

## **CERTIFICATE OF SERVICE**

Undersigned hereby certifies that a copy of the foregoing Notice of Deposition was served on this July 5, 2022, by email on the following counsel of record for the Defendants in this action:

>Patrick M. Noonan
>Donahue, Durham & Noonan, P.C.
>741 Boston Post Road
>Guilford, CT  06437
>Email: PNoonan@ddnctlaw.com

.

>>> */s/ Robert M. Fleischer*
>>> *Robert M. Fleischer (CT11960*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
                                            :
JOHN DOE,                                   :     Case No. 3:19-CV-01663 (CSH)
                                            :
        Plaintiff,                          :
                                            :
    v.                                      :
                                            :
YALE UNIVERSITY *et al.,*                   :
                                            :
        Defendants.                         :     July 5, 2022
---------------------------------------------------------------x

**NOTICE OF DEPOSITION OF** EMBA Student

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b), the Plaintiff, John Doe (the "Plaintiff"), will take the deposition upon oral examination of EMBA Student (the "Deponent") in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that the deposition will take place on **Friday, July 22, 2022 at 10:00 a.m.**. by video conferencing service before a court reporter with Brandon Legal Tech (via Brandon Legal Tech Ring Central Platform), or other competent authority, said deposition to be recorded by stenographic means.  Attendance at the deposition will be by virtual means, i.e., remote access.  Instructions will be provided to attend (and participate fully) virtually, i.e., remote access, via a platform provided by Brandon Legal Tech prior to the deposition.  All participants are to be present virtually, and to have (and use) a communications device that is compatible with said platform that provides for both audio, i.e., a microphone, and a video, i.e., a camera.  The deposition will continue day to day thereafter until completed.  You may attend and cross-examine in accordance with the Federal Rules of Civil Procedure. For any EMBA student in the SOM at Yale University for whom you proofread, edited or revised a class

{00279817.3 }

assignment or project: All documents showing or discussing directly or indirectly such proofreading, edits or revisions, including but not limited to all computer marked (aka: red-line) versions of any paper or group project other than papers you submitted on your own behalf and papers submitted by students assigned to your study group.

PLEASE TAKE FURTHER NOTICE, that, pursuant to Fed. R. Civ. P. 30(b)(2), a subpoena duces tecum is to be served on the Deponent directing the Deponent to produce the following documents:

> For any EMBA (Executive Masters of Business Administration) student in the School of Management at Yale University for whom Deponent proofread, edited or revised a class assignment or project: All documents showing or discussing directly or indirectly such proofreading, edits or revisions, including but not limited to  all computer marked (aka: red-line) versions of any paper or group project other than papers Deponent submitted on her own behalf and papers submitted by students assigned to Deponent's study group.

THE PLAINTIFF,
JOHN DOE

By: */s/ Susan Kaplan*
Susan Kaplan (*pro hac vice*)
The Kaplan Law Office
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (347) 683-2505
Email: rfleischer@gs-lawfirm.com

- and -

By: */s/ Robert M. Fleischer*
Robert M. Fleischer (CT11960)
Green & Sklarz LLC
One Audubon St., 3rd Fl.
New Haven, CT 06511
Tel: (203) 285-8545
Email: rfleischer@gs-lawfirm.com

*Attorneys for Plaintiff John Doe*

{00279817.3}                    2

## **CERTIFICATE OF SERVICE**

Undersigned hereby certifies that a copy of the foregoing Notice of Deposition was served on this July 5, 2022, by email on the following counsel of record for the Defendants in this action:

Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT  06437
Email: PNoonan@ddnctlaw.com

.

        */s/ Robert M. Fleischer*
        Robert M. Fleischer (CT11960

{00279817.3 }