UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
JOHN DOE,                              :   Case No. 3:19-CV-01663 (CSH)
:
      Plaintiff,                :
:
      v.                        :
:
YALE UNIVERSITY *et al.,*              :
:
      Defendants.              :   July 11, 2022
---------------------------------------------------------------x

**PLAINTIFF'S RESPONSE RE:**
**DEFENDANTS' MOTION TO QUASH NOTICES OF DEPOSTION**

Plaintiff John Doe ("Plaintiff"), by his undersigned counsel, as and for his response to the *Motion To Quash Notices Of Dep*osition ("Motion to Quash"), filed by defendants' counsel on July 8, 2022 (ECF 99), respectfully states as follows:

Neither of the individual witnesses identified in the two Notices of Deposition issued by undersigned on July 5 2002, which are the subject of the Motion to Quash, are parties to this action. Therefore, in order to secure the witnesses' attendance at the depositions, Plaintiff's counsel issued subpoenas to both witnesses to appear for deposition. However, due at least in part to the fact that Plaintiff and his counsel have not been able to learn the home addresses of either witness, and despite reasonable efforts by professional process servers hired by Plaintiff, Plaintiff has not been able to effect service of a subpoenas on either witness. For this reason, Plaintiff has determined not to proceed with a deposition of either witness. On Friday, July 8, 2022, Plaintiffs' counsel, undersigned, advised defendants' counsel by email that Plaintiff has withdrawn the deposition notices for both witnesses. Undersigned further advised Defendants' counsel that it is not Plaintiffs' intention to re-notice either deposition for a later date. Undersigned believes that this renders the Motion to Quash moot.

{00280407.1 }

        THE PLAINTIFF,
        JOHN DOE

By:   */s/ Susan Kaplan*
      Susan Kaplan (*pro hac vice*)
      The Kaplan Law Office
      30 Wall Street, 8th Floor
      New York, NY 10005
      Tel: (347) 683-2505
      Email: rfleischer@gs-lawfirm.com


      - and -


By:   */s/ Robert M. Fleischer*
      Robert M. Fleischer (CT11960)
      Green & Sklarz LLC
      One Audubon St., 3rd Fl.
      New Haven, CT 06511
      Tel: (203) 285-8545
      Email: rfleischer@gs-lawfirm.com


      *Attorneys for Plaintiff John Doe*