Civil- (Dec-2008)

HONORABLE: Robert M. Spector
DEPUTY CLERK: Nick Langello          RPTR/ECRO/TAPE: CourtSmart
TOTAL TIME: _____ hours  32  minutes
DATE: 7/12/2022    START TIME: 10:27 AM    END TIME: 10:59 AM
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:19-cv-01663-CSH

Doe                                                         S. Kaplan, R. Fleisher
                                                            Plaintiff's Counsel
            vs
Yale University et al                                       P. Noonan
                                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Disc. Conf.

☑ .....#____ Motion to Quash _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ ☐ filed ☐ docketed
☐ ..........   _____ Hearing continued until _____ at _____

Notes: